No. 81–1882. TOWN OF CHINO VALLEY ET AL. *v.* CITY OF PRESCOTT, 457 U. S. 1101. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 80–1798. WOELKE & ROMERO FRAMING, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL., 456 U. S. 645;

No. 80–1808. PACIFIC NORTHWEST CHAPTER OF THE ASSOCIATED BUILDERS & CONTRACTORS, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL., 456 U. S. 645;

No. 81–91. OREGON-COLUMBIA CHAPTER, ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL., 456 U. S. 645;

No. 80–2100. ROGERS ET AL. *v.* LODGE ET AL., 458 U. S. 613;

No. 80–2134. FOREMOST INSURANCE CO. ET AL. *v.* RICHARDSON ET AL., 457 U. S. 668; and

No. 81–395. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC *v.* SADLOWSKI ET AL., 457 U. S. 102. Petitions for rehearing denied.

OCTOBER 12, 1982

No. 82–240. THEOHAROUS *v.* DEER RUN SHORES PROPERTY OWNERS ASSN., INC. Appeal from Super. Ct. Conn., Small Claims Sess., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–5204. WAYLAND *v.* REGISTRY OF DEEDS, SALEM, ET AL. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–245. JALIFI *v.* INDUSTRIAL COMMISSION OF ARIZONA ET AL. Appeal from Ct. App. Ariz. dismissed for want of substantial federal question. JUSTICE WHITE would note